## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **CARNELL D. MCELROY, SR.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:16CV00245 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **HAROLD W. CLARKE, ETC., ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** as follows:

1. The defendants' Motion for Summary Judgment (ECF No. 22) is GRANTED on the ground that the plaintiff failed to exhaust administrative remedies as required under 42 U.S.C. § 1997e(a) as to his first three claims, and they are DISMISSED WITH PREJUDICE;

2. The plaintiff's fourth claim, concerning the April 2016 finding that he was ineligible for reinstatement to the Common Fare until 2019, is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A(b)(1) for failure to state a claim; and

3. The plaintiff's action is DISMISSED and the clerk shall close the case.

ENTER: June 14, 2017

/s/ James P. Jones
United States District Judge